No. 23-264

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

_____

MAHMOUD JAD ALLAH MOHAMMAD ALBADARNEH
(NOT DETAINED),

Petitioner,

v.

PAMELA BONDI,
United States Attorney General,

Respondent.

_____

ON PETITION FOR REVIEW OF A FINAL ORDER
OF THE BOARD OF IMMIGRATION APPEALS
(Agency No. A240-851-130)

_____

RESPONDENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE COURT-ORDERED RESPONSE TO PETITION FOR
REHEARING EN BANC

_____

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure, Respondent, through the undersigned attorney, respectfully requests that this Court grant a 30-day extension, from July 8, 2025, to August 7, 2025, to file the court-ordered response to Petitioner's Petition for Rehearing En Banc. Good cause exists for granting this motion, as discussed in the attached declaration. No prior

extension of time has been requested by Respondent. On July 1, 2025, Petitioner's counsel, Kathleen Foley, informed me that Petitioner does not oppose this motion.

        Respectfully submitted,

        BRETT A. SHUMATE
        Assistant Attorney General
        Civil Division

        AIMEE J. CARMICHAEL
        Senior Litigation Counsel
        Office of Immigration Litigation

        s/ Andrew C. MacLachlan
        ANDREW C. MACLACHLAN
        Senior Litigation Counsel
        Office of Immigration Litigation
        Civil Division
        United States Department of Justice
        P.O. Box 878, Ben Franklin Station
        Washington, DC 20044
        (202) 514-9718
        Andrew.MacLachlan@usdoj.gov

July 1, 2025        Attorneys for Respondent

# DECLARATION

I, ANDREW C. MACLACHLAN, declare:

1. I am a Senior Litigation Counsel with the Office of Immigration Litigation—General Litigation and Appeals Section, Civil Division, U.S. Department of Justice, Washington, D.C., and represent Respondent in this matter.

2. On April 10, 2025, this Court entered its memorandum disposition in this case, denying Petitioner's petition for review.

3. On May 27, 2025, Petitioner filed his Petition for Rehearing En Banc.

4. On June 17, 2025, the Court directed Respondent to respond to the Petition for Rehearing En Banc by July 8, 2025.

5. I am now seeking a 30-day extension from the July 8, 2025 response deadline, to August 7, 2025.

6. This is Respondent's first request for an extension of the deadline.

7. Good cause exists for granting this motion, as I am currently handling emergency appeal litigation in several Circuits, working on a certiorari petition to the Supreme Court, and preparing a supplemental answering letter brief for this Court, due July 10, 2025.

8. On June 17, 2025, Petitioner's counsel, Kathleen Foley, informed me that Petitioner does not oppose this motion.

9. To the best of my knowledge, Petitioner is not currently detained by the Department of Homeland Security.

10. For the foregoing reasons, an extension of 30 days to prepare and file the court-ordered response to Petitioner's Petition for Rehearing En Banc is necessary and appropriate.

11. I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of July, 2025.

                                                s/ Andrew C. MacLachlan
                                                ANDREW C. MACLACHLAN
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division
United States Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 514-9718
Andrew.MacLachlan@usdoj.gov

## CERTIFICATE OF COMPLIANCE

1. This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 27(a)(2)(B), this document contains 496 words.

2. This document complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E) (citing Fed. R. App. P. 32(a)(5) and (a)(6)) because this document has been prepared in a proportionally spaced typeface using Microsoft Office Word 365 in size 14-point Times New Roman font.

                                    s/ Andrew C. MacLachlan
                                    ANDREW C. MACLACHLAN
                                    Senior Litigation Counsel
                                    Office of Immigration Litigation
                                    Civil Division
                                    United States Department of Justice
                                    P.O. Box 878, Ben Franklin Station
                                    Washington, DC 20044
                                    (202) 514-9718
                                    Andrew.MacLachlan@usdoj.gov

Dated: July 1, 2025

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the ACMS system on July 1, 2025. I certify that all participants in these cases are registered ACMS users and that service will be accomplished by the ACMS system.

s/ Andrew C. MacLachlan<br>
ANDREW C. MACLACHLAN<br>
Senior Litigation Counsel<br>
Office of Immigration Litigation<br>
Civil Division<br>
United States Department of Justice<br>
P.O. Box 878, Ben Franklin Station<br>
Washington, DC 20044<br>
(202) 514-9718<br>
Andrew.MacLachlan@usdoj.gov

Dated: July 1, 2025